In the Matter of the Claim of JAMES CURTIS, Respondent, against LAWRENCE GARAGE, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued May 24, 1933; decided June 13, 1933.)

*Frank L. Ward* and *F. E. Coursen* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Isaac Frank* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.